Alfred J. Graham, Appellant, v. Anton Hehn, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Samuel Harris, Respondent, v. Glyndon Contracting Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

William Henderson, Respondent, v. Maurice Brodzky, as Executor, etc., of Theodore B. Dale, Deceased, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.